UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUFER GROUP INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SONDER DISTRIBUTION USA, LLC, et al., <br><br> Defendants. | Case No. 1:22-cv-03313 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' joint letter, dated September 30, 2022, filed in response to the Court's September 16, 2022 Reassignment Order. ECF No. 20. IT IS HEREBY ORDERED that the parties shall appear for a video conference on October 18, 2022, at 11:00 a.m. to discuss the schedule. IT IS FURTHER ORDERED that the parties shall file a joint letter on ECF no later than 2:00 p.m. on October 17, 2022, with the name phone number, and email address of counsel who expect to appear at the conference.

    The parties will receive log-in credentials via e-mail prior to the conference. The public access listen-only line is 888-363-4749 and the access code is 7883927.

Dated: October 3, 2022
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge