

ATTORNEYS AT LAW
THE FOUNDRY ♦ 1055 THOMAS JEFFERSON STREET, NW ♦ SUITE 620 ♦ WASHINGTON, DC 20007-4492
TELEPHONE: 202-342-5200   FACSIMILE: 202-342-5299

PARTNERS:
RICHARD BAR
BRENDAN COLLINS
DANIEL R. ELLIOTT
OLIVER M. KRISCHIK
DAVID K. MONROE
TROY A. ROLF
KEITH G. SWIRSKY

ASSOCIATES:
JOHN H. KESTER
RYAN D. SWIRSKY
_____

OF COUNSEL:
EDWARD D. GREENBERG

WRITER'S DIRECT E-MAIL ADDRESS
BCOLLINS@GKGLAW.COM

WRITER'S DIRECT DIAL NUMBER
202-342-6793

October 5, 2022

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Application GRANTED. The status conference in this action, previously scheduled for October 18, 2022, shall be adjourned to October 19, 2022 at 3:00 p.m.
>
> SO ORDERED
>
> Dated: October 5, 2022
> New York, New York
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:   *Laufer Group International, Ltd. v. Sonder Distribution USA, LLC et al.*, No. 22-cv-3313 (JLR)

Dear Judge Rochon:

Plaintiff Laufer Group International, Ltd. hereby requests an adjournment of the video conference scheduled for October 18, 2022 to an alternative date between October 19 and 21, 2022. An adjournment is sought because Plaintiff's counsel has an unresolvable scheduling conflict and will be on travel that day.

Counsel for Defendants Sonder Distribution USA, LLC, Remo Polselli, Michael Klein and Marc Abrams consents to this request.

Respectfully submitted,

/s/ Brendan Collins
Brendan Collins
GKG Law, P.C.
1055 Thomas Jefferson Street, NW
Suite 620
Washington, DC  20007
Telephone: (202) 342-6793
Facsimile: (202) 342-5299
bcollins@gkglaw.com

*Attorney for Laufer Group International, Ltd.*


An International Association of Independent Law Firms in Major World Centers